No. 10–914. POONJA, TRUSTEE v. TRAMIEL. C. A. 9th Cir. Certiorari denied.

No. 10–937. DAMRA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–1031. NATIONAL CORN GROWERS ASSN. ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–1045. BROWN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BROWN, DECEASED, ET AL. v. CALLAHAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF, WICHITA COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 10–1129. ALDRIDGE ET AL. v. CITY OF MEMPHIS, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1160. GIESING v. WILLIAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–1162. GERTSKIS v. NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–1168. HAWKINS, BY HIS NEXT FRIEND HAWKINS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. CITICORP CREDIT SERVICES, INC. (USA), ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–1179. HAMILTON ET AL. v. CITY OF ROMULUS, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–1184. HAFEEZ-BEY v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 10–1187. BROWN v. FLORIDA BAR ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1189. SEATTLE COLLISION CENTER, INC., ET AL. v. AMERICAN STATES INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.